No. 491. BOSTON & MAINE RAILROAD *v.* MEECH, AD-MINISTRATRIX. October 28, 1946. Petition for writ of

certiorari to the Circuit Court of Appeals for the First Circuit denied. *Francis P. Garland* for petitioner. *Thomas H. Mahony* for respondent.